# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-MC-09003-NKL |
| | ) | |
| DELL VANDERPOOL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a show cause hearing on November 24, 2014, United States Magistrate Judge Matt J. Whitworth recommended that the Court, after making its own independent review of the record, enter an order finding Dell Vanderpool in civil contempt of this Court. Judge Whitworth also recommended that the Court issue a writ of body attachment, order that Vanderpool stand committed in the custody of the United States Marshals until he purges the contempt, and assess all costs arising out of the prosecution of this civil contempt order to Vanderpool. [Doc. 31].

A copy of Judge Whitworth's Report and Recommendation and the docket was sent to Vanderpool via certified and regular mail. [Doc. 31]. The docket advised the parties that they could submit objections to the Report and Recommendation by December 11, 2014. No objections have been filed.

A review of the record convinces the Court that the recommendation of Judge Whitworth is correct and should be adopted.

1

**IT IS, THEREFORE, ORDERED** that the Report and Recommendation of November 24, 2014, is adopted. [Doc. 31].

**IT IS FURTHER ORDERED** that Dell Vanderpool has been and hereby is in civil contempt of this Court.

**IT IS FURTHER ORDERED** that a writ of body attachment be issued out of and under the seal of this Court, directed to the United States Marshal for the Western District of Missouri, commanding the marshal to take the body of Dell Vanderpool, if he be found in this judicial district, and bring Dell Vanderpool before this Court to answer for his contempt.

**IT IS FURTHER ORDERED** that Dell Vanderpool stand committed in the custody of the United States Marshal for the Western District of Missouri until such time as he purges the contempt by complying with the subject administrative summons, or until he shall be discharged sooner by order of this Court.

**IT IS FURTHER ORDERED** that all costs arising out of the prosecution of this civil contempt order be assessed to and paid by Dell Vanderpool.

**IT IS FURTHER ORDERED** that the Court reserves jurisdiction to take such other and further action and grant such other and further relief as may be determined to be just, reasonable and necessary to assure compliance with the Court's judgments and this contempt adjudication.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: December 17, 2014  
Jefferson City, Missouri